Byron HOFFMAN, Petitioner— Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent— Appellee.

No. 07–72094.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 17, 2007 *.

Filed Dec. 21, 2007.

Byron Hoffman, Hayward, CA, pro se.

Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Patricia M. Bowman, Eileen J. O'Connor, Esq., U.S. Department of Justice Tax, Robert R. Di Trolio, Washington, DC, for Respondent– Appellee.

Before: GOODWIN, REINHARDT and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Appellant's motion for reconsideration of the October 24, 2007 order dismissing this appeal is granted. The Clerk shall reinstate the appeal.

A review of the record and appellant's response to this court's order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the tax court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.